## UNITED STATES COURT OF INTERNATIONAL TRADE

THE TIMKEN COMPANY,

        Plaintiff,

              v.

UNITED STATES,

        Defendant.

**SUMMONS**
**Ct. No. 13-00069**

**TO:**  The Attorney General, the U.S. Department of Commerce:

      **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

      L.S.                           /s/ Tina Potuto-Kimble
                                           Clerk of the Court

1.  Plaintiff in this action is The Timken Company, a U.S. producer of domestic like product within the meaning of 19 U.S.C. § 1677(9)(C).  The Timken Company was a party to the administrative review that is the subject of this summons.  Plaintiff has standing to bring this action under 28 U.S.C. § 2631(c).

2.  Plaintiff contests certain aspects of the final results of the administrative review as determined by the U.S. Department of Commerce, International Trade Administration, in *Tapered Roller Bearings and Parts Thereof, Finished and Unfinished, From the People's Republic of China*, 78 Fed. Reg. 3396 (Dep't Commerce Jan. 16, 2013) (final results of AD admin. review), concerning imports of the subject merchandise during the period of June 1, 2010, through May 31, 2011.

3. The final determination was rendered on January 8, 2013.  *See* 78 Fed. Reg. at 3398.

4. A notice of the Department of Commerce's final determination was published in the *Federal Register* on January 16, 2013.  *See* 78 Fed. Reg. 3396.

Terence P. Stewart
William A. Fennell
Stephanie R. Manaker
Stewart and Stewart
2100 M Street, N.W.
Suite 200
Washington, D.C. 20037
202-785-4185
E-mail: wfennell@stewartlaw.com

____/s/ William A. Fennell____
Signature of Plaintiff's Attorney

Dated: February 15, 2013

## SERVICE OF SUMMONS BY THE CLERK

Pursuant to Rule 3(a)(2) of the Rules of the Court of International Trade, this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, for which filing of a summons only is required for commencement of this action.  In accordance with Rule 4(a)(1) and (a)(4) of the Rules of this Court, the Clerk of the Court is requested to serve copies of the summons upon the following defendants:

## UPON THE UNITED STATES

Barbara S. Williams
Attorney General for the United States
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
26 Federal Plaza
New York, N.Y. 10278

Jeanne E. Davidson
Director of Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Civil Division, Room 12124
1100 L Street, N.W.
Washington, D.C. 20530

## UPON THE U.S. DEPARTMENT OF COMMERCE

Cameron F. Kerry
General Counsel
Office of General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Room 5870
Washington, D.C. 20230

Evangeline D. Keenan
Director, APO/Dockets Unit
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Room 1874
Washington, D.C. 20230

Date: _____

The Honorable Tina Potuto Kimble

By: _____